TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00711-CV

Ronald Reed Juergens, Appellant

v.

Balcones Pizza, Inc. d/b/a Domino's Pizza; and Domino's Pizza, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 95-15582, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Ronald Reed Juergens sued Balcones Pizza, Inc. d/b/a Domino's Pizza and Domino's
Pizza, Inc. for personal injuries he suffered in an automobile collision. Juergens appeals the summary
judgment granted against his claims. We will dismiss the appeal for want of prosecution.

 Juergens has failed to file a brief. The transcript was filed on January 9, 1997. Juergens'
brief was due thirty days later, on February 10, 1997. See Tex. R. App. P. 74(k). On April 23, 1997,
the clerk of this Court sent Juergens's counsel a letter notifying him that his brief was overdue. In this letter,
the clerk warned that failure to file a timely brief could result in dismissal for want of prosecution. See Tex.
R. App. P. 74(l)(1). The letter requested a response by May 5, 1997. Juergens has filed no response or
brief.

 We accordingly dismiss the appeal for want of prosecution. Tex. R. App. P. 74(l)(1).

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed for Want of Prosecution

Filed: June 19, 1997

Do Not Publish